# **EXHIBIT A**

**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | Central Illinois Scale Company | 11/30/2022 | Wire | $ 2,677.50 |
| Akorn Operating Company, LLC | Central Illinois Scale Company | 12/9/2022 | Wire | $ 23,432.02 |
| Akorn Operating Company, LLC | Central Illinois Scale Company | 1/6/2023 | Wire | $ 13,400.50 |
| Akorn Operating Company, LLC | Central Illinois Scale Company | 1/27/2023 | Wire | $ 953.00 |
| Akorn Operating Company, LLC | Central Illinois Scale Company | 2/1/2023 | Wire | $ 6,959.00 |
| | | | | $ 47,422.02 |